# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| In the Matter of | § | |
| a Member of the Bar of | § | |
| the Supreme Court of | § | No. 651, 2014 |
| the State of Delaware: | § | |
| | § | ODC File No. 112252-B |
| **DAVID T. MAY,** | § | |
| | § | |
| Petitioner. | § | |

Submitted: December 3, 2014
Decided: December 4, 2014

Before **HOLLAND, VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 4th day of December, 2014, upon sufficient evidence demonstrating that David T. May ("Respondent") is suffering from physical or mental health problems which adversely affect his ability to practice law and without opposition from the Office of Disciplinary Counsel:

1. For good cause shown, Respondent is transferred to disability inactive status pursuant to Rule 19(b) of the Delaware Lawyers' Rules of Disciplinary Procedure;

2. As Respondent has no current Delaware clients or matters, no receiver need be appointed;

3. The pending disciplinary matter against Respondent is stayed; and

4. This Order shall be made public;

IT SO ORDERED, this 4th day of December, 2014.


/s/ Randy J. Holland
Justice